UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jeffrey Gralish, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>American Eye Vision, Inc. d/b/a Goggles4U,<br><br>Defendants. | CASE NO. 2:26-cv-4020-JHC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this CEMA action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS Plaintiff to show cause as to why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff's brief may not exceed 2,100 words and is due on or before November 9, 2026.

Dated this 26th day of October, 2026.

John H. Chun
United States District Judge