UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jeffrey Gralish, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>American Eye Vision, Inc. d/b/a Goggles4U,<br><br>Defendants. | CASE NO. 2:26-cv-04020-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 3. The Court thanks Plaintiff for his response at Dkt. # 6. Upon review of the response, the Court concludes that Plaintiff has not met his burden of alleging Article III standing and thus has not met his burden of establishing the Court's subject matter jurisdiction. Because this matter was initially filed in federal court, however, the Court cannot remand this case to state court. And the Court notes that unlike other CEMA actions, here, Plaintiff indicates that he is amenable to a stay. *See id.* at 7.

Accordingly, this matter is hereby STAYED pending the Ninth Circuit's resolution of the appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash. Dec. 4, 2025). After such a ruling, the parties are DIRECTED to file a joint status report with this Court

within 10 days. Alternatively, Plaintiff may seek to voluntarily dismiss this action and refile directly in state court.

Dated this 9th day of November, 2026.

John H. Chun
United States District Judge